**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jillian Pettit, | No. CV-19-01227-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Trummer's Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for conditional certification. (Doc. 12.) Defendants don't oppose the motion, other than to note that they don't "maintain email addresses for its employees and [therefore] object to Plaintiff's Motion to the extent it contemplates obtaining email information from Defendants." (Doc. 14 at 1.)

Accordingly, **IT IS ORDERED** that:

(1) The motion for conditional certification (Doc. 12) is **granted**, except to the extent it seeks email addresses;

(2) The Court conditionally certifies this matter as a collective action under 29 U.S.C. § 216(b) with respect to all current and former restaurant workers as described in Plaintiff's motion (Doc. 12) who worked for Defendants at any time from three years prior to February 22, 2019 ("Collective Members");

(3) Defendants shall provide Plaintiffs' counsel, within five (5) days of the issuance of this order, the names, all known mailing addresses, last four digits of social security numbers, and dates of employment for all Collective Members ("Class List").

Defendants shall provide such information in a computer-readable format;

(4) Plaintiff's counsel shall transmit, via regular U.S. Mail, a copy of the "Notice of Collective Action" and "Consent Form" attached to Plaintiff's motion to all persons contained on the Class List within seven (7) days of receiving the Class List from Defendants. Plaintiff's counsel may hire a third-party class action administrative company to oversee the mailing of the Notice of Collective Action and Consent Forms. Collective Members shall also be given the option to execute their Consent Forms electronically online. All Consent Forms shall be returned to Plaintiff's counsel who in turn will be responsible for filing them with the Court;

(5) Defendants shall post the Notice of Collective Action and Consent Form in a conspicuous place at each of their businesses for the full 60-day opt in time period. Defendants shall also include the Notice of Collective Action and Consent Form on the first regular payday after the Court grants this motion with all current restaurant workers' paystubs;

(6) The Collective Members shall have sixty (60) days from the date of the mailing of the Notice and Consent Form to file their Notice of Consent opting-in to this lawsuit as plaintiffs, unless good cause can be shown as to why the consent was not postmarked prior to the deadline. Thirty (30) days before the deadline to opt in, Plaintiff's counsel shall send the Notice of Collective Action and Consent Form to those class members who have not yet joined the lawsuit in the same manner described above; and

(7) Defendants are hereby prohibited from retaliating, directly or indirectly, with any current or former restaurant worker. Defendants shall so instruct all of its employees and managers.

Dated this 2nd day of May, 2019.

Dominic W. Lanza
United States District Judge