Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Jillian Pettit,** Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>**Trummer's, Inc.**, an Arizona corporation; **Kimberly Troub,** an Arizona resident; and **Marty Troub,** an Arizona resident;<br>Defendants. | Case No. 2:19-CV-01227-DWL<br><br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br><br>**(Assigned to the Hon. Dominic W. Lanza)** |

Pursuant to F.R.Civ.P. 68(a), notice is hereby given that Plaintiffs Jillian Pettit, Kaitlin Lloyd, and Krystle Alvarado through undersigned counsel, accepts the offer of judgment made by Defendants against all Defendants, which is attached hereto as "**Exhibit 1**". In addition, Plaintiffs accept all terms included in the offer of judgment.

///

///

///

///

///

DATED October 10, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd. Suite 133
Scottsdale, AZ 85260
Attorneys for Jillian Pettit, Kaitlin Lloyd, and Krystle Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke