# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jillian Pettit,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trummer's Incorporated, et al.,<br><br>　　　　　Defendants. | **NO. CV-19-01227-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　Pursuant to Plaintiffs having accepted Defendants' offer of judgment, judgment is hereby entered against Defendants. Defendants will allow judgment to be entered in favor of Jillian Pettit in the amount of $3,000.00, Kaitlin Lloyd in the amount of $7,500.00, and Krystle Alvarado in the amount of $7,500.00. Defendants will pay the amount to each Plaintiff by October 18, 2019. Defendants will pay an additional amount in Attorneys' Fees and Costs to The Zoldan Law Group in the amount of $20,650.00. Defendants will pay the attorneys' fees and costs as follows: $5,000.00 by November 1, 2019; $5,000.00 by December 1, 2019; $5,000.00 by January 1, 2020; $5,000.00 by February 1, 2020; and $650.00 by March 1, 2020. For each day that Defendants are late in paying Plaintiffs and/or Plaintiffs' attorney, they agree to pay an additional $100.00 per day as liquidated damages with a total cap of $7,500.00. This action is hereby terminated.

　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 11, 2019

　　　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　　　　By　Deputy Clerk